United States District Court
Southern District of New York

---

Robert Grebow,

           Plaintiff,

    -against-

Hyundai of New Rochelle, Inc.,

           Defendant.

AFFIDAVIT OF SERVICE
Index No: 07 Civ. 3209

---

State of New York )
                ss:
County of Albany  )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on May 15, 2007 at approximately 11:10 a.m. deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law; Summons in a Civil Case and Verified Complaint with Jury Demand and Civil Cover Sheet; that the corporation served was Hyundai of New Rochelle, Inc., a domestic business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0"-5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                      *Mary M. Bonville*
                                                      Mary M. Bonville

Sworn to before me this 15th day of May, 2007

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010