UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
Robert Grebow

              V

Hyundai of New Rochelle, Inc.

------------------------------X

07 Civ.3209 (WP4)(GAY)

**ORDER TO SHOW CAUSE**

A review of the docket indicates that the complaint was filed on April 20, 2007. The docket sheet indicates that an affidavit of service was filed on June 25, 2007. No answer is reflected on the docket sheet. It is therefore **ORDERED** that plaintiff within two weeks of the date of this order provide a status of the case in writing to the undersigned.

**SO ORDERED:**

_____
George A. Yanthis
United States Magistrate Judge

Dated: July 26, 2007
White Plains, New York