Alan Kachalsky, Esq. (AK 7504)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220 – 5324
*Attorney for Plaintiff*
*Robert Grebow*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

ROBERT GREBOW,

                Plaintiff,              **REQUEST TO CLERK FOR ENTRY OF DEFAULT**

             -against-

HYUNDAI OF NEW ROCHELLE, INC.        **Civil Action No.: 07 CIV 3209**

               Defendants.
-------------------------------------------------


TO:    J. MICHAEL McMAHON
         United States District Court
         for the Southern District of New York

Please enter the default of the Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend as appears from the attached declaration.

Dated: August 10, 2007

                                            */s/ Alan Kachalsky*
                                            ALAN KACHALSKY, ESQ. (ANK 7504)
                                            Attorney for Plaintiff
                                            800 Westchester Avenue, Suite 608
                                            Rye Brook, New York 10573
                                            (914) 220-5324

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
---------------------------------------------

ROBERT GREBOW,       Civil Action No.: 07 CIV 3209

    Plaintiff,

  -against-

HYUNDAI OF NEW ROCHELLE, INC.

    Defendants.
---------------------------------------------

### Declaration of Failure to Plead or Otherwise Defend in Support of Application for Entry of Default

I, Alan Kachalsky, declare as follows:

1. I am the attorney of record for Plaintiff and have personal knowledge of the facts set forth in this declaration.

2. The Plaintiff on Complaint on April 20, 2007, filed a complaint against Defendant in this Court.

3. Examination of the court files and docket in this case shows that the Defendant was served with a copy of the Summons and Complaint on May 15, 2007, pursuant to NY GENERAL BUSINESS LAW§ 306, by service on the NY State Department of State.

4. More than 30 days have elapsed since the date on which the Defendant was served with the Summons and Complaint.

5. The defendant has failed to answer or otherwise defend the Complaint, or serve a copy of any answer or other defense.

6. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, Hyundai of New Rochelle, Inc., for their failure to answer or otherwise defend as to the Complaint.

*Alan Kachalsky*
Alan Kachalsky, Esq. (AK 7504)