UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERT GREBOW

                          Plaintiffs,

        -against-

Hyundai of New Rochelle

                         Defendant.
-------------------------------------------------------X

Index No.: 07-CV-3209

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Defendant's time to answer the complaint or otherwise move in this matter is hereby extended to September 6, 2007.

      IT IS FURTHER STIPULATED AND AGREED that Plaintiff will withdraw his motion for entry of a default against Defendant.

      IT IS FURTHER STIPULATED AND AGREED, that a facsimile copy of this stipulation shall be deemed an original document.

Dated: New York, NY
       August 17, 2007

_____
Alan Kachalsky, Esq.
Attorney for Plaintiffs
800 Westchester Avenue, Suite 608
Rye Brook, NY 10573
(914) 220-5324

_____
Robert F. Milman, Esq.
MILMAN & HEIDECKER
Attorneys for Defendant,
Hyundai of New Rochelle
3000 Marcus Avenue, 3W3
Lake Success, NY 11042
(516) 328-8899
(516) 328-0082