UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT GREBOW,

                 **Plaintiff,**

  -against-

HYUNDAI OF NEW ROCHELLE, INC.

                 **Defendant.**

**Docket No.: 07-CV-3209**

**RULE 7.1 STATEMENT**

---

      Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, HYUNDAI OF NEW ROCHELLE, INC., states that there are no parent corporations or any publicly held corporation which owns 10% or more of its stock.

Dated: Lake Success, New York
       September 5, 2007

                                            /s/
                                            Robert F. Milman
                                            Milman & Heidecker
                                            Attorneys for Defendants
                                            3000 Marcus Avenue, Suite 3W3
                                            Lake Success, NY  11042
                                            Telephone No.: (516) 328-8899