**Milman LABUDA LAW GROUP PLLC**
**Attorneys at Law**
**3000 Marcus Avenue**
**Suite 3W3**
**Lake Success, New York  11042**

**Telephone (516) 328-8899**
**Facsimile (516) 328-0082**

Author: Jamie S. Felsen
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>**VIA ECF**</u>

February 11, 2008

Honorable Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

      Re:    **Robert Grebow v. Hyundai of New Rochelle, Inc.**
              **Index No.: 07-3209**
              <u>**MLLG File No.:93A-05**_____</u>

Dear Judge Karas:

      This law firm represents the Defendant in the above-captioned matter.

      We are pleased to inform you that the parties have agreed to a settlement in this matter. Upon execution of the settlement agreement, the parties will file a Stipulation of Dismissal.

                       Respectfully yours,

                       MILMAN LABUDA LAW GROUP PLLC

                       <u>/s/  Jamie S. Felsen</u>_____
                            Jamie S. Felsen

cc:    Honorable George A. Yanthis, U.S.M.J. (via ECF)
         Alan Kachalsky, Esq. (via ECF)